NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLOBAL CHECK SERVICES, INC.,**
*Plaintiff-Appellant*

**v.**

**ELECTRONIC PAYMENT SYSTEMS, LLC, FLEXPAY, LLC, ELECT-CHECK, INC., JOHN DORSEY, TOM MCCANN, ANTHONY MALEY,**
*Defendants-Appellees*

---

2017-1062

---

Appeal from the United States District Court for the District of Colorado in No. 1:14-cv-01430-PAB-CBS, Judge Philip A. Brimmer.

---

## JUDGMENT

---

JOSEPH LEO LANZA, Vethan Law Firm, PC, San Antonio, TX, argued for plaintiff-appellant.

SCOTTY PECK KROB, Krob Law Office, LLC, Greenwood Village, CO, argued for defendants-appellees. Also represented by NATHAN KROB.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


   PER CURIAM (CHEN, PLAGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| October 6, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |